IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GARY V. AUSTIN**                                                                              **PLAINTIFF**

v.                                  No. 2:12-cv-76-DPM

**FLETCHER LONG, in his individual
and official capacity as Prosecuting Attorney
for the First Judicial District for the State of Arkansas**        **DEFENDANT**

## ORDER

Motion, № 32, granted. I have today reviewed Defendant Long's summary-judgment papers. They make plain that the circumstances surrounding my Brother Miller's work as Plaintiff Austin's predecessor are among the material facts. A person might reasonably question my impartiality if I continued to handle this case. 28 U.S.C. § 455(a). I therefore recuse.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 December 2013