# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**GARY V. AUSTIN**                                               **PLAINTIFF**

**v.**                          **No. 2:12-cv-76-DPM**

**FLETCHER LONG, in his individual
and official capacity as Prosecuting Attorney
for the First Judicial District for the State of Arkansas**          **DEFENDANT**

## ORDER

Motion, № 32, granted.  I have today reviewed Defendant Long's summary-judgment papers.  They make plain that the circumstances surrounding my Brother Miller's work as Plaintiff Austin's predecessor are among the material facts.  A person might reasonably question my impartiality if I continued to handle this case.  28 U.S.C. § 455(a).  I therefore recuse.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2013