```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   HELENA DIVISION
```

GARY V. AUSTIN                                              PLAINTIFF

    v.          Case No. 2:12-CV-00076-RTD

FLETCHER LONG, Individually
and in his Official Capacity as the
Prosecuting Attorney for the First
Judicial District for the STATE OF
ARKANSAS                                                    DEFENDANT

## ORDER

Defendant Fletcher Long has filed a Notice of Appeal (doc. 63) on the Court's denial of qualified immunity. "A defendant may immediately appeal a district court's denial of qualified immunity under the collateral order doctrine." *Twiggs v. Selig*, 679 F.3d 990, 993 (8th Cir. 2012) (citing *Ottman v. City of Independence, Mo.*, 341 F.3d 751, 755-56 (8th Cir. 2003)).

Based on the foregoing, the Court orders a **STAY** of the proceedings, including the trial scheduled to begin Monday, June 2, 2014, pending the Eighth Circuit's ruling.

IT IS SO ORDERED this 9th day of May, 2014.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge