IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

GARY V. AUSTIN                                      PLAINTIFF


        v.            Case No. 2:12-CV-00076-RTD


FLETCHER LONG, Individually
and in his Official Capacity as the
Prosecuting Attorney for the First
Judicial District for the STATE OF
ARKANSAS                                           DEFENDANT

## ORDER

Currently before the Court are Defendant's Motion in Limine (doc. 45), Defendant's Motion in Limine No. 2 (doc. 47), Defendant's Motion in Limine No. 3 (doc. 50) and the Motion to Withdraw as Counsel of Record (doc. 69) filed by Regina Haralson.

The Court, being well and sufficiently advised, finds Defendant's motions in limine (docs. 45, 47, and 50) should be and hereby are DENIED AS MOOT as this case is stayed during the pendency of Defendant's appeal of the Court's denial of qualified immunity. The denial is without prejudice to Defendant's right to refile the motions subsequent to the Eighth Circuit's ruling.

The Motion to Withdraw as Counsel of Record (doc. 69) is GRANTED, and Regina Haralson is permitted to withdraw as counsel

for Defendant.   Defendant will continue to be represented by Nga

Mahfouz.

     IT IS SO ORDERED this 21st day of August, 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge
