IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY V. AUSTIN                                                   PLAINTIFF

v.                          CASE NO. 12-76

FLETCHER LONG                                                    DEFENDANT

### ORDER

NOW on this 11th day of June, 2015, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that Plaintiff's Amended Complaint (doc. 20) be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**

**AO72A**
**(Rev. 8/82)**